UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

NOVARTIS PHARMACEUTICALS
CORPORATION,

    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

[PROPOSED] ORDER

11 Civ. 8196 (CM)

**UNDER SEAL**

WHEREAS, the United States of America has partially intervened in this action against Novartis Pharmaceuticals Corporation pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4):

IT IS HEREBY ORDERED that,

 1. The seal shall be lifted as to any matter occurring in this action hereafter;

 2. All previously filed documents in the Court's file in this action shall remain under seal and shall not be made public, except for this Order and the Government's Notice of Election to Intervene in Part; and

 3. The Government shall file a complaint-in-intervention in this matter promptly upon the unsealing of the action.

This 22 day of April, 2013.

           HONORABLE COLLEEN MCMAHON
           UNITED STATES DISTRICT JUDGE