PREET BHARARA
United States Attorney for the
Southern District of New York
By: LI YU
    REBECCA C. MARTIN
    ELLEN M. LONDON
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel: (212) 637-2734/2714/2737

------------------------------------- x

UNITED STATES OF AMERICA,

        Plaintiff-Intervenor,

    v.

NOVARTIS PHARMACEUTICALS CORP., and
BIOSCRIP, INC.,

        Defendants.

------------------------------------- x

11 Civ. 8196 (CM)

ECF Case

**CONSENT JUDGMENT**

Upon the consent of plaintiff-intervenor the United States of America and defendant BioScrip, Inc., following the entry of a Stipulation and Order of Settlement by this Court, which is hereby incorporated by reference;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

That plaintiff-intervenor the United States of America shall have judgment in the sum of $11,685,705.43 as of January __, 2014, as against defendant BioScrip, Inc., plus interest, compounded annually at the rate of 3.25%, accruing from January __, 2014.

Consented to by:

                              PREET BHARARA
                              United States Attorney

                 By:   /s/ Li Yu
                       LI YU
                       REBECCA C. MARTIN
                       ELLEN M. LONDON
                       Assistant United States Attorneys
                       86 Chambers Street, 3rd Floor
                       New York, New York 10007
                       *Counsel for the United States*

POLSINELLI PC

By: /s/ Mary Clare Bonaccorsi
MARY CLARE BONACCORSI, ESQ.
MARK GORAN, ESQ.
161 N. Clark Street, Suite 4200
Chicago, IL 60601


DAY PITNEY LLP

By: _____
JAMES R. DEVITA, ESQ.
7 Times Square
New York, New York 10036
*Counsel for Defendant BioScrip, Inc.*

SO ORDERED:

_____
HON. COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE


For Clerk of the Court:

By: _____
    Deputy Clerk

COLLEEN

Please check spelling.

POLSINELLI PC

By: _____
MARY CLARE BONACCORSI, ESQ.
MARK GORAN, ESQ.
161 N. Clark Street, Suite 4200
Chicago, IL 60601

DAY PITNEY LLP

By: *James R. DeVita* (signature)
JAMES R. DEVITA, ESQ.
7 Times Square
New York, New York 10036
*Counsel for Defendant BioScrip, Inc.*

SO ORDERED: _____
HON. COLEEN MCMAHON
UNITED STATES DISTRICT JUDGE

For Clerk of the Court:

By: _____
    Deputy Clerk