IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DAVID KESTER, et al.,<br><br>           **Plaintiffs,**<br><br>v.<br><br>NOVARTIS PHARMACETICAL CORPORATION, et al.,<br><br>           **Defendants.** | )<br>)<br>)    No. 1-11-cv-08196-CM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF DAVID KESTER'S MOTION FOR DISMISSAL OF CERTAIN CLAIMS OF THE UNITED STATES AND THE STATE PLAINTIFFS**

Pursuant to Fed. R. Civ. Pr. 41(a)(2), Relator David Kester hereby respectfully moves the Court to dismiss without prejudice all claims in this action asserted on behalf of the United States and the state plaintiffs against Defendants Amerisource Bergen Corporation ("Amerisource Bergen"), Express Scripts, Medco Health Solutions, Inc. ("Medco"), and Walgreen Company ("Walgreen") on the ground that good cause appears therefor.  Counsel for the United States and the state plaintiffs, with the exception of the State of Indiana, have informed counsel for the Relator that they intend to provide the Court with the written consent to this dismissal, if any, that is required by their respective false claims laws.

This motion is based on the points and authorities in the accompanying memorandum. A proposed order is attached as Exhibit 1 for the Court's consideration.

Respectfully submitted,

VOGEL, SLADE & GOLDSTEIN, LLP

By: _____/s/_____
Shelley R. Slade (Admitted *pro hac vice*)
Robert L. Vogel (SDNY Bar No. RV1527)
Janet L. Goldstein (Admitted *pro hac vice*)
1718 Connecticut Avenue, NW, 7th Floor
Washington, D.C. 20009
Tel. 202-537-5900
E-mail: sslade@vsg-law.com

SUSMAN GODFREY LLP

By: _____
William C. Carmody (WC-8478)
Arun Subramanian (AS-2096)
560 Lexington Avenue, 15th Floor
New York, New York  10022 6828
Telephone: (212) 336 8330
Facsimile: (212) 336 8340

Dated:   January 31, 2014