

**STATE OF WISCONSIN**
**DEPARTMENT OF JUSTICE**

J.B. VAN HOLLEN
ATTORNEY GENERAL

Kevin M. St. John
Deputy Attorney General

17 W. Main Street
P.O. Box 7857
Madison, WI 53707-7857
www.doj.state.wi.us

Katie M. Wilson
Assistant Attorney General
wilsonkm@doj.state.wi.us
608-261-8116
FAX 608/261-7991

February 12, 2014

Honorable Colleen McMahon
Unites States District Judge
United States Courthouse
500 Pearl Street, Room 1350
New York, New York 10007

    Re:    United States of America, ex rel., et al v. Novartis Pharmaceuticals Corporation
            Case No. 1:11-cv-08196-CM (S.D.N.Y)

Dear Judge McMahon:

    This Office represents the State of Wisconsin in the above-referenced action, which was initially filed by the Relator pursuant to the provisions of the federal False Claims Act, as amended, 31 U.S.C §§ 3729 *et seq.*, and similar state statues such as the Wisconsin False Claims For Medical Assistance Law, § 20.931. I have been authorized to write on behalf of the plaintiff states of Georgia, Illinois, Indiana, Maryland, Michigan, New Jersey, Oklahoma, Washington, and Wisconsin in regard to their attendance at the upcoming Rule 16 conference in this case.

    I write the court requesting the allowance of an appearance by teleconference for the Rule 16 conference scheduled on March 14, 2014 at 9:30 a.m. for those states unable to attend in person. Those state representatives that wish to appear by teleconference are as follows:

    Deborah Harper, AAG – Michigan
    Elizabeth White, AAG – Georgia
    Lawrence J. Carcare II, DAG – Indiana
    Michelle Teed, AAG - Washington
    Carrie L. Bashaw, Senior Counsel – Washington
    Jeremy Dykes, AAG – Maryland
    Joshua Lichtblau, AAG – New Jersey
    Niki S. Batt, AAG – Oklahoma
    Chris Robinson, AAG – Oklahoma
    Clemon D. Ashley, AAG – Illinois
    Katie M. Wilson, AAG – Wisconsin

Honorable Colleen McMahon
February 12, 2014
Page 2

The parties appreciate the Court's consideration of this request and await your response.

Sincerely,

*Katie M. Wilson*

Katie M. Wilson
Assistant Attorney General
Wisconsin Department of Justice

KMW:jrs
cc: all parties via ECF