UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>-against-<br><br>NOVARTIS PHARMACEUTICALS CORPORATION and BIOSCRIP, INC.,<br><br>                                    Defendants. | 11 CIV. 8196 (CM)<br><br>**NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT IN INTERVENTION OF THE UNITED STATES OF AMERICA** |

            PLEASE TAKE NOTICE that, upon the Amended Complaint in Intervention of the United States of America filed January 8, 2014, and the accompanying Memorandum of Law, Defendant Novartis Pharmaceuticals Corporation hereby moves this Court before the Honorable Colleen McMahon, United States District Court, Southern District of New York, 40 Foley Square, New York, New York, for an order, pursuant to Federal Rules of Civil Procedure 9(b), dismissing the Amended Complaint in Intervention of the United States of America, and granting such other and further relief as the Court deems just and proper.

Dated:  February 28, 2014

        Respectfully submitted,

        /s/ Michael A. Rogoff
Michael A. Rogoff
Manvin Mayell
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Tel. No.:  212-836-8000
michael.rogoff@kayescholer.com

Evan R. Chesler
Rachel G. Skaistis
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel. No.:  212-474-1000

Faith E. Gay
Manisha M. Sheth
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel. No.:  212-849-7000

*Counsel for Defendant*
*Novartis Pharmaceuticals Corporation*