# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
15TH FLOOR
560 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022-6828
(212) 336-8330
FAX (212) 336-6340
WWW.SUSMANGODFREY.COM



3/13/14

| SUITE 5100 | SUITE 5100 | SUITE 950 | SUITE 3800 |
|---|---|---|---|
| 1000 LOUISIANA STREET | 901 MAIN STREET | 1901 AVENUE OF THE STARS | 1201 THIRD AVENUE |
| HOUSTON, TEXAS 77002-5096 | DALLAS, TEXAS 75202-3775 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-3000 |
| (713) 651-9366 | (214) 754-1900 | (310) 789-3100 | (206) 516-3880 |

STEVEN M. SHEPARD
(212) 336-8330
(ADMITTED ONLY IN VIRGINIA)

E-MAIL SSHEPARD@SUSMANGODFREY.COM

**MEMO ENDORSED**

March 12, 2014

Hon. Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

*We will discuss on Friday*

/s/ Colleen McMahon
3/13/14

Re:   *United States* et al. ex rel. *Kester v. Novartis Pharmaceuticals Corp.*, et al., 11 Civ. 8196 (CM) (JCF)

Dear Judge McMahon:

We write on behalf of the plaintiff, Relator David M. Kester, and defendants Novartis Pharmaceuticals Corporation ("NPC"), Accredo Health Group, Inc. ("Accredo"), Curascript, Inc. ("Curascript"), and CVS Caremark Corp. ("CVS Caremark"), to submit the attached proposed case management order relating to the non-intervened case, in preparation for the initial conference on March 14, 2014.

This proposed order is the product of numerous telephone calls and emails in which the parties discussed the nature, scope, and timing of discovery and other proceedings in this action. The parties have attempted to reach agreement to the greatest extent possible.

Respectfully submitted,

VOGEL, SLADE & GOLDSTEIN, LLP

By: _____/s/_____
Shelley R. Slade (admitted *pro hac vice*)

March 12, 2014
Page 2

>                                        Robert L. Vogel (RV-1527)
>                                        Janet L. Goldstein (admitted *pro hac vice*)
>                                        1718 Connecticut Avenue, NW, 7th Floor
>                                        Washington, D.C. 20009
>                                        Telephone: (202) 537-5900
>                                        E-mail: sslade@vsg-law.com
>
>                                        SUSMAN GODFREY LLP
>
>                                        By: _____/s/_____
>                                        William C. Carmody (WC-8478)
>                                        Arun Subramanian (AS-2096)
>                                        Steven M. Shepard (admitted *pro hac vice*)
>                                        560 Lexington Avenue, 15th Floor
>                                        New York, New York 10022-6828
>                                        Telephone: (212) 336-8330
>                                        Facsimile: (212) 336-8340
>
>                                        Shawn Raymond (admitted *pro hac vice*)
>                                        1000 Louisiana Street, Suite 5100
>                                        Houston, TX 77002-5096
>                                        Telephone: (713) 651-9366
>                                        Facsimile: (713) 654-6666

Cc: (By email)

Michael Rogoff (Kaye Scholer LLP)
Manvin Mayell (Kaye Scholer LLP)
Benjamin Gruenstein (Cravath, Swaine & Moore LLP)
Nina M. Dillon (Cravath, Swaine & Moore LLP)
Rachel G. Skaistis (Cravath, Swaine & Moore LLP)
Manisha M. Sheth (Quinn Emanuel Urquhart & Sullivan LLP)
Ben O'Neil (Quinn Emanuel Urquhart & Sullivan LLP)
Faith Gay (Quinn Emanuel Urquhart & Sullivan LLP)
Marlo Leach (Quinn Emanuel Urquhart & Sullivan LLP)
Daniel Meron (Latham & Watkins LLP)
Allen Gardner (Latham & Watkins LLP)
Enu Mainigi (Williams & Connolly LLP)
Amanda MacDonald (Williams & Connolly LLP)