UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA, *ex rel.*     )
DAVID KESTER, *et al.*                   )
                                         )        Case No. 11-CIV-8196 (CM)
          Plaintiffs,                    )
                                         )
     v.                                  )
                                         )
NOVARTIS PHARMACEUTICALS                 )
CORPORATION *et al.*                     )
                                         )
          Defendants.                    )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x                      3/14/14

## [PROPOSED] ORDER

Upon consideration of Plaintiff State of Indiana's Motion for Dismissal of
Claims of the State of Indiana Against BioScrip, Inc., and good cause appearing
therefore in light of the resolution with BioScrip reached by the states and in light
of the declination by the State of Indiana and by the other government plaintiffs to
intervene in the claims BioScrip, Inc., the public purposes served by the Indiana
False Claims and Whistleblower Protection Act, and the best interests of the
parties,

IT IS HEREBY ORDERED that the claims in this action of the State of
Indiana against BioScrip, Inc. relating to the covered conduct described in
paragraph E of their settlement agreement concerning this action with BioScrip,
Inc. are dismissed with prejudice; and

IT IS HEREBY FURTHER ORDERED that all of the remaining claims of the
State of Indiana against BioScrip are dismissed without prejudice.

IT IS SO ORDERED, this 14ᵗʰ of March, 2014.

_____
UNITED STATES DISTRICT JUDGE