UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA, *ex rel.* )
DAVID KESTER, *et al.* )
)  Case No. 11-CIV-8196 (CM)
         Plaintiffs, )
)
         v. )
)
NOVARTIS PHARMACEUTICALS )
CORPORATION *et al.* )
)
         Defendants. )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

3/14/14

## [PROPOSED] ORDER

Upon consideration of Plaintiff State of Indiana's Motion for Dismissal without Prejudice of Certain Claims of the State of Indiana, and good cause appearing therefore in light of the declination by the State of Indiana and by the other government plaintiffs to intervene in the claims against Defendants Amerisource Bergen Corporation, Express Scripts, Medco Health Solutions, Inc. and Walgreen Company, the public purposes served by the f Indiana False Claims and Whistleblower Protection Act, and the best interests of the parties,

IT IS HEREBY ORDERED that the following claims in this action are dismissed without prejudice pursuant to Fed. R. Civ. Pr. 41(a)(2): all claims against Defendants Amerisource Bergen Corporation, Express Scripts, Medco Health Solutions, Inc. and Walgreen Company.

IT IS SO ORDERED, this 14th of March, 2014.

_____
UNITED STATES DISTRICT JUDGE