SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
15TH FLOOR
560 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022-6828
(212) 336-8330
FAX (212) 336-8340
www.susmangodfrey.com

| SUITE 5100 | SUITE 5100 | SUITE 950 | SUITE 3800 |
| 1000 LOUISIANA STREET | 901 MAIN STREET | 1901 AVENUE OF THE STARS | 1201 THIRD AVENUE |
| HOUSTON, TEXAS 77002-5096 | DALLAS, TEXAS 75202-3775 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-3000 |
| (713) 651-9366 | (214) 754-1900 | (310) 789-3100 | (206) 516-3880 |

ARUN SUBRAMANIAN
DIRECT DIAL (212) 471-8346

E-MAIL ASUBRAMANIAN@SUSMANGODFREY.COM

5/7/14

May 6, 2014

VIA FACSIMILE
212-805-6326

**MEMO ENDORSED**

The Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Chambers 1640
New York, New York 10007-1312

5/7/14

Re: *United States ex. rel. Kester v. Novartis Pharmaceuticals Corp. et al.*,
Civil Action No. 11-8196 (CM) (JCF)

Dear Judge McMahon:

We write to follow up on the attached letter to the Court from last week, seeking approval of a briefing schedule on motions to dismiss filed by two of the defendants in this matter on April 21, 2014. The schedule—plaintiffs' response due on May 21, 2014 and defendants' replies due on June 4, 2014—has been agreed to by the parties.

We are available if the Court has any questions regarding this request, and thank the Court for its continued attention to this matter.

Respectfully,

Arun Subramanian

3156726v1/014136

May 6, 2014
Page 2

Enclosed: Plaintiff Letter to Hon. Colleen McMahon, dated May 1, 2014
cc: All Counsel of Record (ECF)