

**SUSMAN GODFREY L.L.P.**
A REGISTERED LIMITED LIABILITY PARTNERSHIP
15TH FLOOR
560 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022-6828
(212) 336-8330
FAX (212) 336-8340
www.susmangodfrey.com

5/20/14

| SUITE 5100 | SUITE 5100 | SUITE 950 | SUITE 3800 |
|---|---|---|---|
| 1000 LOUISIANA STREET | 901 MAIN STREET | 1901 AVENUE OF THE STARS | 1201 THIRD AVENUE |
| HOUSTON, TEXAS 77002-5096 | DALLAS, TEXAS 75202-3775 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-3000 |
| (713) 651-9366 | (214) 754-1900 | (310) 789-3100 | (206) 516-3880 |

ARUN SUBRAMANIAN
DIRECT DIAL (212) 471-8346
E-MAIL ASUBRAMANIAN@SUSMANGODFREY.COM

May 19, 2014

**MEMO ENDORSED**

VIA FACSIMILE
212-805-6326

The Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Chambers 1640
New York, New York 10007-1312

*[signature]*
Colleen McMahon
5/20/14

Re:  *United States ex. rel. Kester v. Novartis Pharmaceuticals Corp. et al.*, Civil Action No. 11-8196 (CM) (JCF)

Dear Judge McMahon:

We represent plaintiff David Kester, and are preparing responses to two motions to dismiss filed by three of the defendants in this case. Our responses are due on Wednesday, May 21, 2014.

In lieu of two separate memoranda of law of twenty-five (25) pages each, we respectfully request leave to file a single memorandum of law in response to both motions of no more than forty (40) pages. We have contacted counsel for the moving defendants, and they do not object to this request.

We thank the Court for its consideration of this matter.

Respectfully,

*[signature]*

Arun Subramanian

3156726v1/014136

May 6, 2014
Page 2

cc: All Counsel of Record (ECF)