# CRAVATH, SWAINE & MOORE LLP

STUART W. GOLD
JOHN W. WHITE
EVAN R. CHESLER
MICHAEL L. SCHLER
RICHARD LEVIN
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
FRANCIS P. BARRON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
C. ALLEN PARKER
SUSAN WEBSTER
DAVID MERCADO
ROWAN D. WILSON
CHRISTINE A. VARNEY
PETER T. BARBUR

SANDRA C. GOLDSTEIN
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KEITH R. HUMMEL
DAVID J. KAPPOS
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1243

GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
TEENA-ANN V. SANKOORIKAL
ANDREW R. THOMPSON
DAMIEN R. ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ERIC L. SCHIELE
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO

KEVIN J. ORSINI
MATTHEW MORREALE
JOHN D. BURETTA
J. WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA
STEPHEN M. KESSING
LAUREN A. MOSKOWITZ
DAVID J. PERKINS
JOHNNY G. SKUMPIJA
J. LEONARD TETI, II
D. SCOTT BENNETT
TING S. CHEN
CHRISTOPHER K. FARGO
KENNETH C. HALCOM
DAVID M. STUART

SPECIAL COUNSEL
SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III

OF COUNSEL
PAUL C. SAUNDERS

September 9, 2014

<u>United States ex rel. Kester v. Novartis Pharmaceuticals Corp.
No. 11 Civ. 8196 (CM)</u>

Dear Judge McMahon:

   We represent defendant Novartis Pharmaceuticals Corporation ("NPC") in the above-referenced matter. A discovery dispute has arisen among the parties, and I write in accordance with Rule IV.B. of Your Honor's Individual Rules (as revised November 26, 2013) to request an order of reference to Magistrate Judge Francis.

   We appreciate the Court's consideration of this request.

Respectfully,

Evan R. Chesler

Hon. Colleen McMahon
 United States District Judge
  Southern District of New York
   500 Pearl Street, Room 1640
    New York, NY 10007

VIA ECF

Copies to:

Li Yu, Esq.
Rebecca C. Martin, Esq.
Ellen M. London, Esq.
Tara Marie La Morte, Esq.
Robert W. Yalen, Esq.
    United States Attorney's Office
        86 Chambers Street
            New York, NY 10007

David B. Zlotnick, Esq.
Nicholas N. Paul, Esq.
Steven U. Ross, Esq.
    California Attorney General's Office
        Bureau of Medi-Cal Fraud and Elder Abuse
            1455 Frazee Road, Suite 315
                San Diego, CA 92108

Rachel Coles, Esq.
    Office of the Attorney General
        1300 I Street
            Sacramento, CA 95814

Elizabeth White, Esq.
    Georgia Attorney General's Office
        200 Piedmont Avenue, SE
            West Tower, 19th Floor
                Atlanta, GA 30334

Clemon D. Ashley, Esq.
    Assistant Attorney General
        Illinois Attorney General Office
            Medicaid Fraud Control Unit
                100 W. Randolph Street, 12th Floor
                    Chicago, IL 60601

Lawrence Joseph Carcare II, Esq.
    Office of Indiana Attorney General
        302 W. Washington Street, IGCS – 5th Floor
            Indianapolis, IN 46204

Jeremy Dykes, Esq.
    Maryland Attorney General
        200 St. Paul Plaza
            Baltimore, MD 21202

Deborah J. Harper, Esq.
   Assistant Attorney General
      Health Care Fraud Division
         2860 Eyde Parkway
           East Lansing, MI 48823

Christopher P. Robinson, Esq.
Niki S. Batt, Esq.
   Assistant Attorney General
      Medicaid Fraud Control Unit
         Oklahoma Office of Attorney General
           313 NE 21st Street
              Oklahoma City, OK 73105

Katie M. Wilson, Esq.
   Assistant Attorney General
      Wisconsin Department of Justice
         P.O. Box 7857
           Madison, WI 53707

Christopher Yates Miller, Esq.
Diana Elkind, Esq.
   New York State Office of the Attorney General
      120 Broadway
         New York, NY 10271

Carrie L. Bashaw, Esq.
Douglas D. Walsh, Esq.
Michelle M. Teed, Esq.
Paul F. James, Esq.
Steve E. Dietrich, Esq.
   Washington State Attorney General's Office
      Medicaid Fraud Control Unit
         P.O. Box 40114
           Olympia, WA 98504

Robert Lawrence Vogel, Esq.
Janet Lyn Goldstein, Esq.
Shelley R. Slade, Esq.
   Vogel, Slade & Goldstein, LLP
      1718 Connecticut Avenue NW, 7th Floor
         Washington, DC 20009

William C. Carmody, Esq.
Arun S. Subramanian, Esq.
Steven M. Shepard, Esq.
   Susman Godfrey LLP
      560 Lexington Avenue, 15th Floor
         New York, NY 10022

Kristin Malone, Esq.
    Susman Godfrey LLP
        1201 Third Avenue, Suite 3800
        Seattle, WA 98101

Shawn Raymond, Esq.
    Susman Godfrey LLP
        1000 Louisiana, Suite 5100
        Houston, TX 77002

Jonathan Bridges, Esq.
    Susman Godfrey LLP
        901 Main Street, Suite 5100
        Dallas, TX 75202

Allen M. Gardner, Esq.
Daniel Meron, Esq.
    Latham & Watkins LLP
        555 Eleventh Street, NW, Suite 1000
        Washington, DC 20004

Amanda M. MacDonald, Esq.
Enu A. Mainigi, Esq.
Nicholas F. Gamse, Esq.
    Williams & Connolly LLP
        725 Twelfth Street NW
        Washington, DC 20005

Manvin Singh Mayell, Esq.
Michael A. Rogoff, Esq.
    Kaye Scholer LLP
        425 Park Avenue
        New York, NY 10022

Faith E. Gay, Esq.
Manisha M. Sheth, Esq.
    Quinn Emanuel Urquhart & Sullivan LLP
        51 Madison Avenue, 22nd Floor
        New York, NY 10010

VIA ECF