

**STATE OF WISCONSIN**
**DEPARTMENT OF JUSTICE**

J.B. VAN HOLLEN
ATTORNEY GENERAL

Kevin M. St. John
Deputy Attorney General

17 W. Main Street
P.O. Box 7857
Madison, WI 53707-7857
www.doj.state.wi.us

Katie M. Wilson
Assistant Attorney General
wilsonkm@doj.state.wi.us
608-261-8116
FAX 608/261-7991

MEMO ENDORSED

9/11/14 q

September 10, 2014

9/11/2014 granted

Honorable Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street, Room 1350
New York, New York 10007

Re:   United States of America, ex rel., et al v. Novartis Pharmaceuticals
      Corporation
      Case No. 1:11-cv-08196-CM (S.D.N.Y)

Dear Judge McMahon:

     This Office represents the State of Wisconsin in the above-referenced action, which was initially filed by the Relator pursuant to the provisions of the federal False Claims Act, as amended, 31 U.S.C §§ 3729 *et seq.*, and similar state statutes such as the Wisconsin False Claims For Medical Assistance Law, § 20.931. I have been authorized to write on behalf of the plaintiff states of Georgia, Illinois, Indiana, Maryland, Michigan, New Jersey, Oklahoma, and Wisconsin in regard to their attendance at the upcoming Pre-Trial Conference in this case.

     I write the Court requesting an appearance by teleconference for the Pre-Trial Conference scheduled on September 19, 2014 at 10:30 a.m. for those states unable to attend in person. The states will make the arrangements for a call-in number, if their request is granted. Those state representatives that wish to appear by teleconference are as follows:

    Deborah Harper, AAG – Michigan
    Elizabeth White, AAG – Georgia
    Clemon D. Ashley, AAG – Illinois
    Elisa Cervantes Hamilton, AAG – Illinois
    Lawrence J. Carcare II, DAG - Indiana
    Jeremy Dykes, AAG – Maryland
    Joshua Lichtblau, AAG – New Jersey
    Niki S. Batt, AAG – Oklahoma
    Christopher Robinson, AAG - Oklahoma

Honorable Colleen McMahon
September 9, 2014
Page 2

    Katie M. Wilson, AAG – Wisconsin

The parties appreciate the Court's consideration of this request and await your response.

                Sincerely,

                *Katie M Wilson*

                Katie M. Wilson
                Assistant Attorney General

cc:  all parties via ECF
State of Minnesota
Deborah Harper via USPS
Niki S. Batt via USPS