## SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
15TH FLOOR
560 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022-6828
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/14

| SUITE 5100 | SUITE 5100 | SUITE 950 | SUITE 3800 |
| 1000 LOUISIANA STREET | 901 MAIN STREET | 1901 AVENUE OF THE STARS | 1201 THIRD AVENUE |
| HOUSTON, TEXAS 77002-5096 | DALLAS, TEXAS 75202-3775 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-3000 |
| (713) 651-9366 | (214) 754-1900 | (310) 789-3100 | (206) 516-3880 |

WILLIAM CHRISTOPHER CARMODY
DIRECT DIAL (212) 336-8334

E-MAIL BCarmody@susmangodfrey.com

# MEMO ENDORSED

September 15, 2014

**VIA ECF & FACSIMILE**
212-805-6326

The Honorable Colleen McMahon
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Chambers 1640
New York, New York 10007-1312

Re:   *United States ex. rel. Kester v. Novartis Pharmaceuticals Corp. et al.*,
       Civil Action No. 11-8196 (CM) (JCF)

Dear Judge McMahon:

   We write on behalf of relator David M. Kester as to the "reverse false claim" theory. In *Novartis V*, this Court invited the pharmacy defendants to tell the Court, in two days, whether they intended to move to dismiss the reverse false claims theory. ECF 233, at 55. Defendants did so in a four-page motion arguing that Kester had failed to plead facts giving rise to such liability. Mem. at 3, ECF 237. The Court also set a deadline of September 10 for Kester to respond to the defendants. Because of the Court's order requiring us to file an amended complaint by September 15, and confusion as to the timing of our response in light of that amendment, we did not submit a response by the September 10 deadline, and we apologize to the Court for this oversight.

   However, in response to the pleading issue raised by the pharmacy defendants in their motion, the amended complaint filed by Kester today contains, in paragraphs 73-74 and 159, allegations that support defendants' liability under

[Handwritten endorsement: 9/16/2014 — Would defendants please respond to this argument (in no less than 4 pages or more) so that it would not be futile for them to add paragraphs to this complaint? Thank you.]

3323744v1/014136

September 15, 2014
Page 2

section (a)(1)(G). Kester respectfully seeks leave to add these allegations to his complaint, notwithstanding our failure to respond to the pharmacy defendants' prior motion to dismiss his Second Amended Complaint.

Sincerely,

William Christopher Carmody

Enclosure:

3323744v1/014136