UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *ex rel.* **DAVID KESTER**, *et al.*<br><br>                    Plaintiffs,<br><br>v.<br><br>**NOVARTIS PHARMACEUTICALS CORPORATION**, *et al.,*<br><br>                    Defendants. | Case No. 11-CIV-8196 (CM) (JCF)<br><br>**NOTICE OF WITHDRAWAL** |

## NOTICE OF WITHDRAWAL – PAUL F. JAMES

1.   I am an attorney in good standing licensed to practice law in the State of Washington and was previously admitted *pro hac vice* to the United States District Court for the Southern District of New York, to represent the State of Washington as a Plaintiff in the above-caption *qui tam* action.

2.   Upon my withdrawal as counsel in this action, attorneys in my office, Carrie L. Bashaw, and Douglas D. Walsh, who have previously been admitted *pro hac vice* will continue to represent the Plaintiff State of Washington in this action.

3.   No trial date has been set and the parties will not be prejudiced by my withdrawal.

4.   A Pretrial Conference is scheduled for September 19, 2014 at 10:30 a.m., and no reports are due at this time such that the parties would be prejudiced by my withdrawal.

1

WHEREFORE, I am withdrawing my representation of the Plaintiff State of Washington in this action with reference to all matters, incidents or proceedings.

Dated:    Olympia, WA
            September 12th, 2014.

                        Respectfully submitted,

                        ROBERT W. FERGUSON
                        Attorney General of the
                        State of Washington

                By:   *s/Paul F. James*
                        PAUL F. JAMES, WSBA #13525
                        Assistant Attorney General
                        Medicaid Fraud Control Unit
                        P.O. Box 40114
                        Olympia, WA  98504
                        Telephone:  (360) 586-8888
                        Facsimile:   (360) 586-8877

**CERTIFICATE OF SERVICE**

  I, Elizabeth Gilletti, hereby certify that I served a true and correct copy of the above by email via the Court's ECF system on September 23rd, 2014, which delivered copies to all counsel of record as follows:

**Counsel for Novartis**
Evan R. Chesler
Benjamin Gruenstein
Nina M. Dillon
Rachel G. Skaistis
Cravath, Swaine & Moore, LLP
825 Eighth Ave.
New York, NY 10019
212-474-1000 – Telephone
212 474-3700 – Fax
echesler@cravath.com
bgruenstein@cravath.com
ndillon@cravath.com
rskaistis@cravath.com

**Counsel for Novartis**
Manvin Singh Mayell
Michael A. Rogoff
Kaye Scholer
425 Park Avenue
New York, NY 10022-3598
212-836-8000 – Telephone
212-836-8689 – Fax
Manvin.mayell@kayescholer.com
mrogoff@kayscholer.com

**Counsel for Novartis**
Faith E. Gay
Manisha M. Sheth
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7441 – Telephone
212-849-7100 – Fax
faithgay@quinnemanuel.com
manishasheth@quinnemanuel.com

**Counsel for Accredo Health Group Inc.**
Allen M. Gardner
Daniel Meron
Latham & Watkins
555 Eleventh St. NW, Suite 1000
Washington, DC 20004
202-637-2200 – Telephone
202-637-2201 – Fax
Allen.gardner@lw.com
Daniel.meron@lw.com

**Counsel for Curascript, Inc.**
Allen M. Gardner
Daniel Meron
Latham & Watkins
555 Eleventh St. NW, Suite 1000
Washington, DC 20004
202-637-2200 – Telephone
202-637-2201 – Fax
Allen.gardner@lw.com
Daniel.meron@lw.com

**CVS Caremark Corporation**
Amanda M. MacDonald
Enu A. Mainigi
Nicolas Gamse
William & Connolly LLP
725 12th St. NW
Washington, DC 20005
202-434-5420 – Telephone
202-434-5029 – Fax
amacdonald@wc.com
emainigi@wc.com
ngamse@wc.com

3

**California**
David B. Zlotnick
Nicholas N. Paul
Steven U. Ross
California Attorney General's Office
Bureau of Medi-Cal
1455 Frazee Road, Suite 315
San Diego, CA 92108
619-688-6026 – Telephone
619-688-4200 – Fax
David.zlotnick@doj.ca.gov
Nicholas.paul@doj.ca.gov
Steven.ross@doj.ca.gov

**California**
Rachel Coles
California Attorney General's Office
Bureau of Medi-Cal
1300 I Street
Sacramento, CA 95814
916-322-1272 – Telephone
916-323-6882 – Fax
Rachel.coles@doj.ca.gov

**Georgia**
Elizabeth White
Assistant Attorney General
Georgia Medicaid Fraud Control Unit
200 Piedmont Avenue, S.E.
West Tower, 19th Floor
Atlanta, GA 30334
404-656-4145
EWhite@LAW.GALGOV

**Illinois**
Clemon D. Ashley
Office of the Illinois Attorney General
100 W. Randolph St., 12th Floor
Chicago, IL 60601
312-793-0867 – Office
312-814-5366 – Fax
CAshley@atg.state.il.us

**Indiana**
Lawrence Joseph Carcare, II
Office of the Indiana Attorney General
302 W. Washington St. Igcs 5th Floor
Indianapolis, IN 46204
317-232-6239 – Telephone
317-232-7979 – Fax
Lawrence.carcare@atg.in.gov

**Maryland**
Jeremy Dykes
Medicaid Fraud Control Unit
Maryland Office of the Attorney General
200 St. Paul Place
18th Floor
Baltimore, MD 21202
410-576-6528 – Telephone
jdykes@oag.state.md.us

**Michigan**
Deborah Harper
Assistant Attorney General State of Michigan
Health Care Fraud Division
P.O. Box 30218
Lansing, MI 48909
517-241-6500 — Telephone
517-241-6515 — Fax
HarperD3@michigan.gov

**New Jersey**
Joshua Lichtblau
Assistant Attorney General
New Jersey Office of the Attorney General
Medicaid Fraud Control Unit
Division of Criminal Justice
P.O. Box 094
Trenton, NJ 08625-0094
(609) 984-7614 – Telephone
lichtblauj@njdcj.org

**New York**
Christopher Y. Miller
Special Assistant Attorney General
Medicaid Fraud Control Unit
Office of the Attorney General
120 Broadway, 12th Floor
New York, NY 10271-0007
212-417-5390 — Telephone
212-417-4604 — Fax
Christopher.Miller@ag.ny.gov

**Oklahoma**
Niki S. Batt
Christopher P. Robinson
Assistant Attorney General
Medicaid Fraud Control Unit
Oklahoma Office of Attorney General
313 NE 21st Street
Oklahoma City, OK 73105
405-522-2956 – Telephone
Niki.Batt@oag.ok.gov
Christopher.robinson@oag.ok.gov

**Wisconsin**
Katie M. Wilson
Assistant Attorney General
Wisconsin Department of Justice
Division of Legal Services
17 West Main Street
PO Box 7857
Madison, WI 563707-7857
608-261-8116 — Telephone
608-261-7991 — Fax
wilsonkm@doj.state.wi.us

**USAO SDNY**
Li Yu, AUSA, SDNY
Rebecca Martin — Co-Chief, Civil Frauds
Ellen London, AUSA, SDNY
86 Chambers Street
New York, NY 10007
212-637-2734 – Telephone
Li.Yu@usdoj.gov
Rebecca.Martin@usdoj.gov
Ellen.London@usdoj.gov

**Relator's Counsel**
Shelly Slade
Janet Goldstein
Rob Vogel
Vogel, Slade & Goldstein, LLP
1718 Connecticut Avenue, NW, 7th Floor
Washington, D.C. 20009
202-537-5900 — Telephone
sslade@vsg-law.com
JGoldstein@vsg-law.com
rvogel@vsg-law.com

**Relator's Counsel**
Arun Subramanian
Steven M. Shepard
William Christopher Carmody
Susman Godfrey
560 Lexington Ave., Floor 15
New York, NY  10022
212-729-2010 – Telephone
212-336-8340 - Fax
asubramanian@susmangodfrey.com
sshepard@susmangodfrey.com
bcarmody@susmangodfrey.com

**Relator's Counsel**
Shawn Raymond
Susman Godfrey
1000 Louisiana, Suite 5100
Houston, TX  77002
713-651-9366 – Telephone
713-654-6666 – Fax
sraymond@susmangodfrey.com

**Relator's Counsel**
Jonathan Bridges
Susman Godfrey
901 Main St., Suite 5100
Dallas, TX  75202
214-754-1952 – Telephone
214-754-1933 – Fax
jbridges@susmangodfrey.com

**Relator's Counsel**
Kristin Malone
Susman Godfrey
1201 Third Ave., Suite 3800
Seattle, WA 98101
206-516-3845 –Telephone
kmalone@susmangodfrey.com

DATED this 23rd day of September, 2014, at Olympia, WA.

*s/Elizabeth Gilletti*
ELIZABETH GILLETTI
Legal Assistant
Washington Office of the Attorney General
Medicaid Fraud Control Unit