BRENDAN V. SULLIVAN, JR.
JERRY L. SHULMAN
ROBERT B. BARNETT
DAVID E. KENDALL
JOHN J. BUCKLEY, JR.
TERRENCE O'DONNELL
DOUGLAS R. MARVIN
JOHN K. VILLA
BARRY S. SIMON
KEVIN T. BAINE
STEPHEN L. URBANCZYK
PHILIP J. WARD
F. WHITTEN PETERS
JAMES A. BRUTON, III
PETER J. KAHN
MICHAEL S. SUNDERMEYER
JAMES T. FULLER, III
DAVID D. AUFHAUSER
BRUCE R. GENDERSON
F. LANE HEARD III
STEVEN R. KUNEY
PAUL MOGIN
MARK S. LEVINSTEIN
DANIEL F. KATZ
WILLIAM R. MURRAY, JR.
EVA PETKO ESBER
STEPHEN D. RABER
DAVID C. KIERNAN
LON E. MUSSLEWHITE
HEIDI K. HUBBARD
GLENN J. PFADENHAUER
GEORGE A. BORDEN
ROBERT J. SHAUGHNESSY
DAVID S. BLATT

DANE H. BUTSWINKAS
LAURIE S. FULTON
DENNIS M. BLACK
LYNDA SCHULER
CHARLES D. NIEMEIER
PAUL K. DUEFFERT
R. HACKNEY WIEGMANN
ROBERT M. CARY
KEVIN M. HODGES
DAVID M. ZINN
JOSEPH G. PETROSINELLI
STEVEN M. FARINA
KEVIN M. DOWNEY
THOMAS G. HENTOFF
PAUL B. GAFFNEY
EMMET T. FLOOD
ROBERT A. VAN KIRK
MARCIE R. ZIEGLER
KENNETH C. SMURZYNSKI
JOHN E. SCHMIDTLEIN
CRAIG D. SINGER
J. ANDREW KEYES
M. ELAINE HORN
ENU MAINIGI
MICHAEL E. O'CONNOR
PAUL T. HOURIHAN
WILLIAM J. BACHMAN
MARGARET A. KEELEY
EDWARD J. BENNETT
TOBIN J. ROMERO
BETH A. LEVENE
THOMAS G. WARD
WILLIAM T. BURKE
LISA M. DUGGAN

LAW OFFICES
WILLIAMS & CONNOLLY LLP®
725 TWELFTH STREET, N.W.
WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

www.wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

JOHN E. JOINER
NICHOLAS J. BOYLE
ADAM L. PERLMAN
ANDREW W. RUDGE
DENEEN C. HOWELL
ALEX G. ROMAIN
DAVID A. FORKNER
JONATHAN M. LANDY
CHRISTOPHER N. MANNING
RYAN T. SCARBOROUGH
JENNIFER G. WICHT
STEPHEN D. ANDREWS
KANNON K. SHANMUGAM
MALACHI B. JONES
THOMAS H. L. SELBY
KEVIN HARDY
EDWARD C. BARNIDGE
JOSEPH M. TERRY
AARON P. MAURER
JON R. FETTEROLF
F. GREG BOWMAN
ANA C. REYES
JONATHAN B. PITT
DAVID I. BERL
ELLEN E. OBERWETTER
EDWARD C. REDDINGTON
DANIEL P. SHANAHAN
VIDYA ATRE MIRMIRA
JESSAMYN S. BERNIKER
RICHMOND T. MOORE
KENNETH J. BROWN
LUBA SHUR
PATRICK H. KIM
WILLIAM P. ASHWORTH

LANCE A. WADE
CHARLES DAVANT, IV
DOV P. GROSSMAN
HOLLY M. CONLEY
MATTHEW V. JOHNSON
CARL R. METZ
JOHN McNICHOLS
DAVID S. KURTZER-ELLENBOGEN
PAUL E. BOEHM
STEPHEN J. FUZESI
KATHERINE M. TURNER
JESSE T. SMALLWOOD
STANLEY E. FISHER
JOHN S. WILLIAMS
C. BRYAN WILSON
SAMUEL B. DAVIDOFF
AMANDA M. MacDONALD
BETH A. STEWART
STEVEN M. PYSER
GRANT A. GEYERMAN
DAVID M. KRINSKY

———

OF COUNSEL
JEREMIAH C. COLLINS
DAVID POVICH
JOHN W. VARDAMAN
PAUL MARTIN WOLFF
JOHN G. KESTER
WILLIAM E. McDANIELS
RICHARD M. COOPER
ROBERT P. WATKINS
GERSON A. ZWEIFACH

October 10, 2014

VIA ECF AND FEDERAL EXPRESS

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *United States ex rel. David A. Kester, et al. v. Novartis Pharmaceuticals Corp., et al.*, 1:11-cv-08196-CM

Dear Judge McMahon:

  I write on behalf of CVS Health Corporation (formerly CVS Caremark Corporation), Accredo Health Group, Inc. ("Accredo"), and Curascript, Inc. ("Curascript") (together, the "Pharmacy Defendants") in response to the October 9, 2014 endorsement regarding the schedule in the non-intervened case (Dkt. No. 288). In light of the Court's note, the Pharmacy Defendants respectfully request an adjustment of the trial date to February 2016, or such date that will allow the Court to give comfortable consideration to what the Pharmacy Defendants anticipate will be substantial summary judgment briefing.

WILLIAMS & CONNOLLY LLP

The Honorable Colleen McMahon
October 10, 2014
Page 2

Thank you for your consideration.

Sincerely,

Enu Mainigi

cc: All counsel of record (via ECF)