**STATE OF WISCONSIN
DEPARTMENT OF JUSTICE**

J.B. VAN HOLLEN
ATTORNEY GENERAL

Kevin M. St. John
Deputy Attorney General

17 W. Main Street
P.O. Box 7857
Madison, WI 53707-7857
www.doj.state.wi.us

Katie M. Wilson
Assistant Attorney General
wilsonkm@doj.state.wi.us
608-261-8116
FAX 608/261-7991

October 13, 2014

Honorable James C. Francis
United States District Judge
United States Courthouse
500 Pearl Street, Room 18D
New York, New York 10007

> Re:   United States of America, ex rel., et al v. Novartis Pharmaceuticals Corporation
> Case No. 1:11-cv-08196-CM (S.D.N.Y.)

Dear Judge Francis:

      This Office represents the State of Wisconsin in the above-referenced action, which was initially filed by the Relator pursuant to the provisions of the federal False Claims Act, as amended, 31 U.S.C §§ 3729 *et seq.*, and similar state statutes such as the Wisconsin False Claims For Medical Assistance Law, § 20.931. I have been authorized to write on behalf of the plaintiff states of Georgia, Illinois, Indiana, Maryland, Oklahoma, and Wisconsin in regard to their attendance at the upcoming oral argument in this case.

      I write the Court requesting an appearance by teleconference for the oral argument scheduled on November 4, 2014 at 10:00 a.m. for those states unable to attend in person. The states will make the arrangements for a call-in number, if their request is granted. Those state representatives that wish to appear by teleconference are as follows:

> Elizabeth White, AAG – Georgia
> Elisa Cervantes Hamilton, AAG – Illinois
> Lawrence J. Carcare II, DAG - Indiana
> Jeremy Dykes, AAG – Maryland
> Christopher Robinson, AAG - Oklahoma
> Katie M. Wilson, AAG – Wisconsin

      The parties appreciate the Court's consideration of this request and await your response.

Sincerely,

Katie M. Wilson
Assistant Attorney General

cc: all parties via ECF
State of Minnesota
Deborah Harper via USPS
Niki S. Batt via USPS