UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
UNITED STATES OF AMERICA, and THE    : 11 Civ. 8196 (CM) (JCF)
STATES OF CALIFORNIA, COLORADO,      :
CONNECTICUT, DELAWARE, THE DISTRICT:   O R D E R
OF COLUMBIA, FLORIDA, GEORGIA,       :
HAWAII, ILLINOIS, INDIANA,           :
LOUISIANA, MARYLAND, MASSACHUSETTS,:
MICHIGAN, MINNESOTA, MONTANA,        :
NEVADA, NEW JERSEY, NEW MEXICO, NEW:
YORK, NORTH CAROLINA, OKLAHOMA,      :
RHODE ISLAND, TENNESSEE, TEXAS,      :
VIRGINIA, and WISCONSIN, ex rel.     :
DAVID KESTER,                        :
                                     :
          Plaintiffs and Relator,    :
                                     :
     - against -                     :
                                     :
NOVARTIS PHARMACEUTICALS             :
CORPORATION,                         :
                                     :
                         Defendant.  :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/14

    Defendant Novartis Pharmaceuticals Corporation has filed a motion to compel discovery responses from plaintiffs-in-intervention the United States of America and the States of California, Georgia, Illinois, Indiana, Maryland, Michigan, New Jersey, New York, Oklahoma, Washington, and Wisconsin. Oral argument will be held on the motion on November 4, 2014, at 10:00 a.m., in Courtroom 18-D at the United States Courthouse, 500 Pearl Street, New York, New York. Counsel for Novartis Pharmaceuticals Corporation, the United States of America, the State of California, and the State of New York shall appear in person. Counsel for the States of Georgia, Illinois, Indiana, Maryland, Oklahoma, and Wisconsin shall appear by telephone. Counsel for the parties

1

appearing telephonically shall arrange a conference call bridge with a call-in number, which shall be provided to the Court on or before October 31, 2014.

SO ORDERED.

_____
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       October 14, 2014

Notice to all counsel of record via ECF