

**Bob Ferguson**
# ATTORNEY GENERAL OF WASHINGTON
Criminal Justice Division • Medicaid Fraud Unit
PO Box 40116 • Olympia WA 98504-0116 • (360) 586-8888

October 14, 2014

Honorable James C. Francis
United States District Judge
United States Courthouse
500 Pearl Street, Room 18D
New York, New York 10007

Re:   *United States of America, ex rel., et al v. Novartis Pharmaceuticals Corporation*
      Case No. 1:11-cv-08196-CM (S.D.N.Y.)

Dear Judge Francis:

    I represent the State of Washington in the above-referenced action, which was initially filed by the Relator pursuant to the provisions of the federal False Claims Act, as amended, 31 U.S.C §§ 3729 *et seq.*, and similar state statutes such as the Wisconsin False Claims For Medical Assistance Law, § 20.931. On October 13, 2014, the State of Wisconsin filed a letter request on behalf of several of the States regarding the upcoming oral argument on Defendant Novartis' Motion To Compel.

    The State of Washington was inadvertently not included in the list of States that would like to appear by phone for the oral argument scheduled on November 4, 2014 at 10:00 a.m.. On October 14, 2014, the Court granted the request. *See Docket No. 293*

    This letter formalizes our request to also appear by phone and the State of Washington appreciates the Court's consideration of this request.

Sincerely,

*Carrie L. Bashaw*
CARRIE L. BASHAW
Senior Counsel

CB:kjs
cc:  all parties via ECF