

**STATE OF WISCONSIN
DEPARTMENT OF JUSTICE**

---

**J.B. VAN HOLLEN**
**ATTORNEY GENERAL**

Kevin M. St. John
Deputy Attorney General

17 W. Main Street
P.O. Box 7857
Madison, WI 53707-7857
www.doj.state.wi.us

Katie M. Wilson
Assistant Attorney General
wilsonkm@doj.state.wi.us
608-261-8116
FAX 608/261-7991

October 28, 2014

Honorable James C. Francis
United States District Judge
United States Courthouse
500 Pearl Street, Room 18D
New York, New York 10007

Re: United States of America, ex rel., et al v. Novartis Pharmaceuticals Corporation
Case No. 1:11-cv-08196-CM (S.D.N.Y.)

Dear Judge Francis:

This Office represents the State of Wisconsin in the above-referenced action, which was initially filed by the Relator pursuant to the provisions of the federal False Claims Act, as amended, 31 U.S.C §§ 3729 *et seq.*, and similar state statutes such as the Wisconsin False Claims For Medical Assistance Law, § 20.931. I have been authorized to write on behalf of the plaintiff states of Georgia, Illinois, Indiana, Maryland, Oklahoma, Washington, and Wisconsin in regard to their attendance at the upcoming oral argument in this case.

I am writing the Court to provide a call-in number for those states attending the upcoming oral argument scheduled for November 4, 2014 at 10:00 a.m. by teleconference, per your consent. The call-in number is: 800-232-9745. The access code is: 1058216.

The parties appreciate the Court's cooperation in facilitating this appearance. Please do not hesitate to contact me should you have any questions or concerns.

Sincerely,

Katie M. Wilson

Katie M. Wilson
Assistant Attorney General

Honorable James C. Francis
October 28, 2014
Page 2


cc: all parties via ECF
State of Minnesota
Deborah Harper via USPS
Niki S. Batt via USPS