*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 29, 2014

**BY ECF**

Honorable James C. Francis
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1960
New York, NY 10007

  Re: *United States* et al. ex rel. *Kester v. Novartis Pharmaceuticals, Corp.*, et al., 11 Civ. 8196 (CM) (JCF)

Dear Judge Francis:

  This Office represents plaintiff the United States (the "Government") in the above-referenced False Claims Act action. The *qui tam* relator and CVS Corporation have recently filed letters about a dispute over the proper scope of a protective order in the non-intervened part of this case. Pursuant to 28 U.S.C. § 517, the Government plans to file a letter statement of interest about that dispute by Friday, January 2, 2015.

  We thank the Court for its consideration of this letter.

           Respectfully,

           PREET BHARARA
           United States Attorney

      By: */s/ Peter Aronoff*
         PETER ARONOFF
         REBECCA C. MARTIN
         LI YU
         Assistant United States Attorneys
         86 Chambers Street, 3rd Floor
         New York, NY 10007
         Tel.: (212) 637-2697/2714/2734

cc: (By E-mail)

  Enu Mainigi (Williams & Connolly LLP)
  Amanda McDonaold (Williams & Connolly LLP)
  Arun Subramanian (Susman Godfrey LLP)
  Shelley R. Slade (Vogel, Slade & Goldstein LLP)
  Christopher Yates Miller (New York)
  Diana Elkind (New York)

Steven U. Ross (California)
Manisha M. Sheth (Quinn Emanuel Urquhart & Sullivan LLP)
Faith Gay (Quinn Emanuel Urquhart & Sullivan LLP)
Michael Rogoff (Kaye Scholer LLP)
Manvin Mayell (Kaye Scholer LLP)
Benjamin Gruenstein (Cravath, Swaine & Moore LLP)
Nina M. Dillon (Cravath, Swaine & Moore LLP)
Rachel G. Skaistis (Cravath, Swaine & Moore LLP)
Daniel Meron (Latham & Watkins LLP)