*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 29, 2014

**BY ECF**

Honorable James C. Francis
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1960
New York, NY 10007

    Re:    *United States* et al. ex rel. *Kester v. Novartis Pharmaceuticals, Corp.*, et al., 11 Civ. 8196 (CM) (JCF)

Dear Judge Francis:

This Office represents plaintiff the United States (the "Government") in the above-referenced False Claims Act action. In light of the Court's ruling today, Dkt. 314, the Government will not file a statement of interest.

We thank the Court for its consideration of this letter.

    Respectfully,

    PREET BHARARA
    United States Attorney

By:    */s/ Peter Aronoff*
    PETER ARONOFF
    REBECCA C. MARTIN
    LI YU
    Assistant United States Attorneys
    86 Chambers Street, 3rd Floor
    New York, NY 10007
    Tel.:  (212) 637-2697/2714/2734

cc:    (By E-mail)

    Enu Mainigi (Williams & Connolly LLP)
    Amanda McDonaold (Williams & Connolly LLP)
    Arun Subramanian (Susman Godfrey LLP)
    Shelley R. Slade (Vogel, Slade & Goldstein LLP)
    Christopher Yates Miller (New York)
    Diana Elkind (New York)
    Steven U. Ross (California)
    Manisha M. Sheth (Quinn Emanuel Urquhart & Sullivan LLP)

Faith Gay (Quinn Emanuel Urquhart & Sullivan LLP)
Michael Rogoff (Kaye Scholer LLP)
Manvin Mayell (Kaye Scholer LLP)
Benjamin Gruenstein (Cravath, Swaine & Moore LLP)
Nina M. Dillon (Cravath, Swaine & Moore LLP)
Rachel G. Skaistis (Cravath, Swaine & Moore LLP)
Daniel Meron (Latham & Watkins LLP)