LAW OFFICES
# WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.
WASHINGTON, D. C. 20005-5901
(202) 434-5000
FAX (202) 434-5029

AMANDA M. MACDONALD
(202) 434-5416
amacdonald@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

January 16, 2015

<u>Via ECF & Facsimile</u>

The Honorable James C. Francis
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 18D
New York, NY 10007

Re:   *United States ex rel. Kester v. Novartis Pharmaceuticals Corp. et al.*, 1:11-cv-08196-CM

Dear Judge Francis:

I write on behalf of CVS Health Corporation ("CVS") regarding CVS's pending letter seeking a protective order to prevent Relator from producing irrelevant documents from the intervened case in response to CVS's discovery requests in the non-intervened case. (Dkt. 320). CVS and Relator have tentatively reached an agreement which the parties believe should resolve the dispute. So as to avoid burdening the Court with an issue near resolution, CVS respectfully withdraws its January 12, 2015 letter, subject to renewal in the event that the parties are unable to come to a final agreement.

Respectfully,

Amanda M. MacDonald / NGG

Amanda M. MacDonald