```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
UNITED STATES OF AMERICA, and THE      : 11 Civ. 8196 (CM) (JCF)
STATES OF CALIFORNIA, COLORADO,        :
CONNECTICUT, DELAWARE, THE DISTRICT    :      O R D E R
OF COLUMBIA, FLORIDA, GEORGIA,         :
HAWAII, ILLINOIS, INDIANA,             :
LOUISIANA, MARYLAND, MASSACHUSETTS,    :
MICHIGAN, MINNESOTA, MONTANA,          :
NEVADA, NEW JERSEY, NEW MEXICO, NEW    :
YORK, NORTH CAROLINA, OKLAHOMA,        :
RHODE ISLAND, TENNESSEE, TEXAS,        :
VIRGINIA, and WISCONSIN, ex rel.       :
DAVID KESTER,                          :
                                       :
         Plaintiffs and Relator,       :
                                       :
    - against -                        :
                                       :
NOVARTIS PHARMACEUTICALS               :
CORPORATION,                           :
                                       :
                       Defendant.      :
- - - - - - - - - - - - - - - - - - - -:
```

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

    The parties having requested discovery of information that may require substantial privilege review, it is hereby ORDERED that, pursuant to Rule 502(d) of the Federal Rules of Evidence, disclosure shall not constitute waiver of the attorney-client privilege or work product protection in this case or in any other federal or state proceeding.

                        SO ORDERED.

                        /s/ James C. Francis IV
                        JAMES C. FRANCIS IV
                        UNITED STATES MAGISTRATE JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/15

Dated: New York, New York
       March 4, 2015

Notice to all counsel of record via ECF