US DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. DAVID KESTER, et al. | * | |
| | * | |
| *Plaintiffs,* | | |
| | * | |
| | | Case No. 11-CV-8196 (CM) |
| v. | * | |
| | | **NOTICE OF WITHDRAWAL** |
| NOVARTIS PHARMACEUTICALS CORPORATION, et al. | * | |
| | * | |
| *Defendants.* | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF WITHDRAWAL – JEREMY S. DYKES**

PLEASE TAKE NOTICE that Jeremy S. Dykes of the Maryland Office of the Attorney General, 200 St. Paul Place, Baltimore, Maryland 21202 is no longer associated with the Maryland Office of the Attorney General and hereby withdraws as counsel for Plaintiff, the State of Maryland. Plaintiff's counsel requests that Mr. Dykes be removed from the case docket and the Notice of Electronic Filing System as indicated in the docket.

Dated: March 16, 2015

/s/Jennifer S. Forsythe
Jennifer S. Forsythe (*Admitted Pro Hac Vice*)
Maryland Office of the Attorney General
200 St. Paul Street, 18th Floor
Baltimore, Maryland 21202
(410) 576-6864
jforsythe@oag.state.md.us

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of March 2015, this document was properly served on all counsel of record via electronic filing in accordance with the SDNY Procedures for Electronic Filing.

/s/Jennifer S. Forsythe
Jennifer S. Forsythe, AAG