LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

AMANDA M. MACDONALD
(202) 434-5416
amacdonald@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

March 19, 2015

**BY ECF**

The Honorable Colleen McMahon
United States District Court,
 Southern District of New York
Room 1640
500 Pearl Street
New York, NY 10007

      Re:    *United States*, ex rel. *David A. Kester*, et al. *v. Novartis Pharmaceuticals Corp.*,
            1:11-cv-08196-CM

Dear Judge McMahon:

      I write on behalf of CVS Health Corporation ("CVS") to submit the attached proposed amendment to the Protective Order dated September 2, 2014 (Dkt. No. 232). The amendment adds CVS as a Signatory Defendant and has been executed by all of the parties in both the intervened and non-intervened cases.

      CVS respectfully requests that the Court enter the proposed amendment to the Protective Order.

Respectfully,

Amanda M. MacDonald

cc:    All counsel of record (by ECF)