

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, Third Floor*
*New York, New York 10007*

March 31, 2015

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
United States Courthouse, 500 Pearl Street
New York, NY 10007

    Re:   *U.S.* ex rel. *Kester v. Novartis Pharmaceuticals Corp.,* 11 Civ. 8196 (CM) (JCF)

Dear Judge McMahon:

    This Office represents the United States of America (the "United States") as a plaintiff in the above-referenced civil fraud action. In accordance with the Court's direction at last Friday's discovery conference, we write respectfully on behalf of the United States and the eleven Litigating States to advise the Court that counsel for the United States and for the Litigating States are available to try the Myfortic and Exjade claims in this case at any time before April 2016 other than (i) from August 24 to September 4, 2015, and (ii) from December 21, 2015, to January 11, 2016.

    We thank the Court for its consideration of this letter.

    Respectfully,

    PREET BHARARA
    United States Attorney

By:    /s/
    LI YU
    REBECCA C. MARTIN
    DAVID J. KENNEDY
    PETER M. ARONOFF
    Assistant United States Attorneys
    86 Chambers Street, Third Floor
    New York, New York 10007
    Tel: (212) 637-2734/2714/2733/2697

cc: (By ECF)
    Counsel for Novartis
    Counsel for Accredo and CuraScript
    Counsel for CVS
    Counsel for the Intervening States
    Counsel for the Relator