SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

15TH FLOOR

560 LEXINGTON AVENUE

NEW YORK, NEW YORK 10022-6828

(212) 336-8330

FAX (212) 336-8340

www.susmangodfrey.com

———————

| | | | |
|---|---|---|---|
| Suite 5100 | Suite 5100 | Suite 950 | Suite 3800 |
| 1000 Louisiana Street | 901 Main Street | 1901 Avenue of the Stars | 1201 Third Avenue |
| Houston, Texas 77002-5096 | Dallas, Texas 75202-3775 | Los Angeles, California 90067-6029 | Seattle, Washington 98101-3100 |
| (713) 651-9366 | (214) 754-1900 | (310) 789-3100 | (206) 516-3880 |

William Christopher Carmody
Direct Dial (212) 336-8334

E-Mail BCarmody@susmangodfrey.com

April 24, 2015

**VIA ECF**

The Honorable James C. Francis
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 18D
New York, New York 10007

Re:     *United States ex rel. Kester v. Novartis Pharmaceuticals Corp. et al.*,
         Civil Action No. 11-8196 (CM) (JCF)

Dear Judge Francis:

We represent the Relator, David M. Kester, in this case and write to request the Court's assistance with obtaining from the Department of Defense the TRICARE claims information set forth in the attached Exhibit to Relator's proposed subpoena. None of the parties to this action oppose Relator's request.

The information Relator requests is necessary to support Relator's claims that the kickback schemes at issue in this case caused "false" claims for reimbursement to be submitted to the Department of Defense's TRICARE program (formerly known as "CHAMPUS"). Pursuant to Department of Defense regulations and directives, however, Department of Defense personnel are not authorized to release this information in response to a subpoena *duces tecum* signed by counsel or even a Clerk or Deputy Clerk of this Court. *See, e.g.*, 32 C.F.R. § Pt. 516, App. C (Department of Defense Directive 5405.2, "Release of Official Information in Litigation and Testimony by DoD Personnel as Witnesses"). To be effective, the subpoena must be signed by the Court. *Id.* Accordingly, Relator respectfully asks the Court to sign the attached draft subpoena, which Relator will then serve on the Department of Defense.

April 24, 2015
Page 2


We are available to discuss this issue at the Court's convenience, and we greatly
appreciate the Court's attention to this matter.


Respectfully,


William Christopher Carmody


Enclosure:      Proposed Subpoena with attached Exhibit