SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

15TH FLOOR
560 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022-6828
(212) 336-8330
FAX (212) 336-8340
www.susmangodfrey.com

_____

| | | | |
|---|---|---|---|
| Suite 5100 | Suite 5100 | Suite 950 | Suite 3800 |
| 1000 Louisiana Street | 901 Main Street | 1901 Avenue of the Stars | 1201 Third Avenue |
| Houston, Texas 77002-5096 | Dallas, Texas 75202-3775 | Los Angeles, California 90067-6029 | Seattle, Washington 98101-3000 |
| (713) 651-9366 | (214) 754-1900 | (310) 789-3100 | (206) 516-3880 |

Andres C. Healy
Direct Dial (206) 505-3843

E-Mail AHealy@susmangodfrey.com

May 20, 2015

**VIA ECF**

The Honorable James C. Francis
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 18D
New York, New York 10007

Re:     *United States ex rel. Kester v. Novartis Pharmaceuticals Corp. et al.*,
        Civil Action No. 11-8196 (CM) (JCF)

Dear Judge Francis:

        We represent the Relator David M. Kester in this case and—in an effort to put all pending discovery issues before this Court—write to ask the Court to order Novartis to disclose the date by which it will substantially complete its production in response to Relator's current requests    in the non-intervened portion of this case. Novartis refuses to do so, and Re  lator understands that m ajor productions have yet to occur, with only ***two months*** left before expert reports are due.

        Notably, Relator had intended to ask    the Court to order Novartis to substantially complete its production by June 1, 2015—the date by which Relator needs each defendant to substantially com  plete its produ ction so th at he can complete his review of their documents and take depositions before the July 21, 2015 deadline for initial expert rep  orts. *Cf.* Dkt. 421 at 2-3; Dkt. 434 at 2-3. However, Novartis confirmed for the firs t time Monday that it could not feasibly produce the requested documents by that date.

        Alternatively, given the status of the  productions to date by Novartis and CVS and their inability to complete their productions by June 1, Relator is not opposed to the Court simply extending the remaining discovery deadlines to allow

May 20, 2015
Page 2

defendants additional time to complete their productions. Relator notes that Judge McMahon already has pushed the "ready for trial" date in the second phase of this case from December 2015 to February 15, 2016. April 7, 2015 Order. Extending the remaining discovery deadlines by two months thus could solve the present issue. While Relator can press forward on the present schedule if defendants produce their documents by June 1, a brief extension would permit defendants to complete their productions by, for example, July 1, 2015. Relator could then quickly finish his review of those productions, take depositions through July and August, and serve his initial expert reports in mid-September—all without any effect on the current trial-ready date.

We are available to discuss this issue at the Court's convenience, and we greatly appreciate the Court's attention to this matter.

Respectfully,

Andres C. Healy

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 20, 2015,  a copy of the foregoing via CM/ECF upon

the following parties:

| Party | Attorney Firm | Individual E-mail Addresses |
|---|---|---|
| United States | United States Attorney for the Southern District of New York | li.yu@usdoj.gov<br>rebecca.martin@usdoj.gov<br>tara.lamorte2@usdoj.gov<br>robert.yalen@usdoj.gov<br>david.kennedy2@usdoj.gov |
| State of California | Attorney General for the State of California | david.zlotnick@doj.ca.gov<br>nicholas.paul@doj.ca.gov<br>steven.ross@doj.ca.gov<br>Rachel.coles@doj.ca.gov |
| State of Georgia | Attorney General for the State of Georgia | ewhite@law.ga.gov |
| State of Illinois | Attorney General for the State of Illinois | ehamilton@atg.state.il.us |
| State of Indiana | Attorney General for the State of Indiana | lawrence.carcare@atg.in.gov |
| State of Maryland | Attorney General for the State of Maryland | jdykes@oag.state.md.us |
| State of Michigan | Attorney General for the State of Michigan | harperd3@michigan.gov |
| State of New Jersey | Attorney General for the State of New Jersey | bonnern@njdcj.org |
| State of New York | Attorney General for the State of New York | christopher.miller@ag.ny.gov<br>Diana.elkind@ag.ny.gov |
| State of Oklahoma | Attorney General for the State of Oklahoma | niki.batt@oag.ok.gov<br>christopher.robinson@oag.ok.gov<br>sherry.leeper@oag.ok.gov |
| State of Washington | Attorney General for the State of Washington | carrieb@atg.wa.gov<br>dougw@atg.wa.gov<br>sarahp4@atg.wa.gov |
| State of Wisconsin | Attorney General for the State of Wisconsin | wilsonkm@doj.state.wi.us |
| Novartis Pharmaceuticals | Kaye Scholer, LLP | michael.rogoff@kayescholer.com<br>manvin.mayell@kayescholer.com |

| Corporation | | |
|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | faithgay@quinnemanuel.com<br>manishasheth@quinnemanuel.com<br>benoneil@quinnemanuel.com<br>valerieroddy@quinnemanuel.com |
| | Cravath, Swaine & Moore LLP | echesler@cravath.com<br>rskaistis@cravath.com<br>bgruenstein@cravath.com |
| Accredo Health Group, Inc. | Latham & Watkins | daniel.meron@lw.com<br>allen.gardner@lw.com<br>kala.sherman-presser@lw.com |
| Curascript, Inc. | Latham & Watkins | daniel.meron@lw.com<br>allen.gardner@lw.com<br>kala.sherman-presser@lw.com |
| CVS Caremark Corporation | Williams & Connolly | emainigi@wc.com<br>amacdonald@wc.com<br>ngamse@wc.com<br>jrydstrom@wc.com |

*/s/ Andres C. Healy*