IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DAVID M. KESTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NOVARTIS PHARMACEUTICAL CORPORATION, et al., <br><br> Defendants. | Civil Action No. <br><br> 1:11-cv-08196 (CM) <br><br> **ECF CASE** |

**RELATOR DAVID KESTER'S NOTICE OF SETTLEMENT OF HIS CLAIMS AGAINST CVS HEALTH CORPORATION**

Relator David Kester ("Relator") respectfully files this notice to inform the Court that Relator has reached a settlement in principle with Defendant CVS Health Corporation ("CVS") that the parties expect will result in the dismissal of all claims Relator brought against CVS. The parties presently are working to obtain the necessary consents from government plaintiffs to facilitate dismissal of CVS from the case pursuant to 31 U.S.C. 3730(b)(1).

Respectfully submitted,

VOGEL, SLADE & GOLDSTEIN, LLP

By: */s/ Shelley R. Slade*
    Shelley R. Slade (Admitted *pro hac vice*)
    Robert L. Vogel (SDNY Bar No. RV1527)
    Janet L. Goldstein (Admitted *pro hac vice*)
    1718 Connecticut Avenue, NW, 7th Floor
    Washington, D.C. 20009
    Telephone: (202) 537-5900
    E-mail: sslade@vsg-law.com

2

SUSMAN GODFREY LLP

By: */s/ William C. Carmody*
William C. Carmody (WC-8478)
Arun Subramanian (AS-2096)
Steven M. Shepard, *Pro Hac Vice*
Elisha B. Barron (EB6850)
560 Lexington Avenue, 15th Floor
New York, New York 10022 6828
Telephone: (212) 336 8330
Facsimile: (212) 336 8340

Matthew R. Berry, *Pro Hac Vice*
Andres C. Healy, *Pro Hace Vice*
1201 Third Ave., Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

J. Hoke Peacock III, *Pro Hac Vice*
Shawn L. Raymond*, Pro Hac Vice*
1000 Louisiana St., Suite 5100
Houston, TX 77002
Telephone: (713) 653-7834
Facsimile: (713) 654-6666

Dated:   June 16, 2015

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 16, 2015, a copy of the foregoing was served on all counsel of record via electronic filing in accordance with the SDNY Procedures for Electronic Filing.

*/s/ Andres C. Healy*
Andres C. Healy

Dated:  June 16, 2015