UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DAVID M. KESTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION, ACCREDO HEALTH GROUP, INC., BIOSCRIP CORPORATION, CURASCRIPT, INC., CVS CAREMARK CORPORATION,<br><br>Defendants. | Civil Action No.<br>1:11-cv-08196-CM<br><br>**NOTICE OF JOINT MOTION TO STAY BRIEFING** |

PLEASE TAKE NOTICE that, upon the accompanying Notice of Settlement, Defendant CVS Health Corporation and Relator David M. Kester hereby move this Court before the Honorable Colleen McMahon, United States District Court, Southern District of New York, 40 Foley Square, New York, New York, for an order staying briefing on CVS's Rule 72 Motion (Dkt. No. 458), pending the parties' execution of a settlement agreement and government consent to the dismissal of CVS from the case, pursuant to 31 U.S.C. 3730(b)(1). In the unlikely event either is not achieved, the parties will immediately notify the Court and request that the stay be lifted.

Dated:  June 16, 2015 　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　WILLIAMS & CONNOLLY LLP


　　　　　　　　　　　　　　　　　　By: */s/ Enu Mainigi*
　　　　　　　　　　　　　　　　　　　　Enu Mainigi (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Amanda M. MacDonald (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Jessica B. Rydstrom (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Nicholas G. Gamse (admitted *pro hac vice*)

　　　　　　　　　　　　　　　　　　　　725 Twelfth Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 434-5000
　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 434-5029

　　　　　　　　　　　　　　　　　　　　*Attorneys for CVS Health Corporation*


　　　　　　　　　　　　　　　　　　VOGEL, SLADE & GOLDSTEIN, LLP

　　　　　　　　　　　　　　　　　　By: */s/ Shelley R. Slade*
　　　　　　　　　　　　　　　　　　　　Shelley R. Slade (Admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Robert L. Vogel (SDNY Bar No. RV1527)
　　　　　　　　　　　　　　　　　　　　Janet L. Goldstein (Admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　1718 Connecticut Avenue, NW, 7th Floor
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20009
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 537-5900
　　　　　　　　　　　　　　　　　　　　E-mail: sslade@vsg-law.com


　　　　　　　　　　　　　　　　　　SUSMAN GODFREY LLP

　　　　　　　　　　　　　　　　　　By: */s/ William C. Carmody*
　　　　　　　　　　　　　　　　　　　　William C. Carmody (WC-8478)
　　　　　　　　　　　　　　　　　　　　Arun Subramanian (AS-2096)
　　　　　　　　　　　　　　　　　　　　Steven M. Shepard, *Pro Hac Vice*
　　　　　　　　　　　　　　　　　　　　Elisha B. Barron (EB6850)
　　　　　　　　　　　　　　　　　　　　560 Lexington Avenue, 15th Floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10022 6828
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 336 8330
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 336 8340

　　　　　　　　　　　　　　　　　　　　Matthew R. Berry, *Pro Hac Vice*

Andres C. Healy, *Pro Hace Vice*
1201 Third Ave., Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

J. Hoke Peacock III, *Pro Hac Vice*
Shawn L. Raymond, *Pro Hac Vice*
1000 Louisiana St., Suite 5100
Houston, TX 77002
Telephone: (713) 653-7834
Facsimile: (713) 654-6666

*Attorneys for Relator David M. Kester*