UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/15

UNITED STATES OF AMERICA, *ex rel.*
DAVID M. KESTER, *et al.*,

Plaintiffs,

v.

NOVARTIS PHARMACEUTICALS
CORPORATION, ACCREDO HEALTH GROUP,
INC., BIOSCRIP CORPORATION, CURASCRIPT,
INC., CVS CAREMARK CORPORATION,

Defendants.

Civil Action No.
1:11-cv-08196-CM

**NOTICE OF JOINT MOTION TO STAY BRIEFING**

**MEMO ENDORSED**

PLEASE TAKE NOTICE that, upon the accompanying Notice of Settlement, Defendant CVS Health Corporation and Relator David M. Kester hereby move this Court before the Honorable Colleen McMahon, United States District Court, Southern District of New York, 40 Foley Square, New York, New York, for an order staying briefing on CVS's Rule 72 Motion (Dkt. No. 458), pending the parties' execution of a settlement agreement and government consent to the dismissal of CVS from the case, pursuant to 31 U.S.C. 3730(b)(1). In the unlikely event either is not achieved, the parties will immediately notify the Court and request that the stay be lifted.

6/17/2015 Granted [signature]

Dated: June 16, 2015                         Respectfully submitted,

                                             WILLIAMS & CONNOLLY LLP


                                             By: /s/ Enu Mainigi
                                                Enu Mainigi (admitted *pro hac vice*)
                                                Amanda M. MacDonald (admitted *pro hac vice*)
                                                Jessica B. Rydstrom (admitted *pro hac vice*)
                                                Nicholas G. Gamse (admitted *pro hac vice*)

                                                725 Twelfth Street, N.W.
                                                Washington, DC 20005
                                                Telephone: (202) 434-5000
                                                Facsimile: (202) 434-5029

                                                *Attorneys for CVS Health Corporation*


                                             VOGEL, SLADE & GOLDSTEIN, LLP

                                             By: /s/ Shelley R. Slade
                                                Shelley R. Slade (Admitted *pro hac vice*)
                                                Robert L. Vogel (SDNY Bar No. RV1527)
                                                Janet L. Goldstein (Admitted *pro hac vice*)
                                                1718 Connecticut Avenue, NW, 7th Floor
                                                Washington, D.C. 20009
                                                Telephone: (202) 537-5900
                                                E-mail: sslade@vsg-law.com


                                             SUSMAN GODFREY LLP

                                             By: /s/ William C. Carmody
                                                William C. Carmody (WC-8478)
                                                Arun Subramanian (AS-2096)
                                                Steven M. Shepard, *Pro Hac Vice*
                                                Elisha B. Barron (EB6850)
                                                560 Lexington Avenue, 15th Floor
                                                New York, New York 10022 6828
                                                Telephone: (212) 336 8330
                                                Facsimile: (212) 336 8340

                                                Matthew R. Berry, *Pro Hac Vice*

Andres C. Healy, *Pro Hace Vice*
1201 Third Ave., Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

J. Hoke Peacock III, *Pro Hac Vice*
Shawn L. Raymond, *Pro Hac Vice*
1000 Louisiana St., Suite 5100
Houston, TX 77002
Telephone: (713) 653-7834
Facsimile: (713) 654-6666

*Attorneys for Relator David M. Kester*