# CRAVATH, SWAINE & MOORE LLP

JOHN W. WHITE
EVAN R. CHESLER
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
ROBERT H. BARON
KEVIN J. GREHAN
C. ALLEN PARKER
SUSAN WEBSTER
DAVID MERCADO
ROWAN D. WILSON
CHRISTINE A. VARNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH

ANDREW W. NEEDHAM
STEPHEN L. BURNS
KEITH R. HUMMEL
DAVID J. KAPPOS
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

———

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1934

WRITER'S EMAIL ADDRESS
rskaistis@cravath.com

KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
TEENA-ANN V. SANKOORIKAL
ANDREW R. THOMPSON
DAMIEN R. ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ERIC L. SCHIELE
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO
KEVIN J. ORSINI
MATTHEW MORREALE
JOHN D. BURETTA
J. WESLEY EARNHARDT
YONATAN EVEN

BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA
STEPHEN M. KESSING
LAUREN A. MOSKOWITZ
DAVID J. PERKINS
JOHNNY G. SKUMPIJA
J. LEONARD TETI, II
D. SCOTT BENNETT
TING S. CHEN
CHRISTOPHER K. FARGO
KENNETH C. HALCOM
DAVID M. STUART
JONATHAN L. DAVIS
AARON M. GRUBER
O. KEITH HALLAM, III
OMID H. NASAB

SPECIAL COUNSEL
SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III

OF COUNSEL
MICHAEL L. SCHLER

July 16, 2015

U.S. ex rel. Kester v. Novartis Pharmaceuticals Corp.
No. 11 Civ. 8196 (CM) (JCF)

Dear Judge Francis:

        We represent Defendant Novartis Pharmaceuticals Corporation ("Novartis") in the above-referenced matter. We write in response to the July 15, 2015 letter submitted to the Court by Relator David M. Kester. (ECF No. 483.) For the reasons set forth below, we respectfully request that the Court deny the relief sought.

        In his letter, Relator asks that the Court order Novartis to inform Relator by July 24, 2015, whether it will assert a good faith or advice of counsel defense with respect to the non-intervened drugs (Gleevec, Tasigna and TOBI) and to produce any corresponding waiver documents by July 31, 2015. As we previously informed Relator, the decision to waive privilege is a difficult one and although Novartis is considering the issue as quickly as it can, it needs until August 15 to reach a final determination. We believe this date provides the parties more than enough time to complete fact discovery on schedule, even if Novartis chooses to waive privilege. The current deadline for the close of fact discovery is October 30, 2015, which gives Relator two and a half months to complete discovery related to any legal advice upon which Novartis chooses to rely.

        We further note that in an effort potentially to expedite our analysis of the waiver issue, Novartis asked Relator to provide clarification as to exactly what conduct Relator is challenging with respect to each of the non-intervened drugs. Currently, the broad allegations regarding the purported kickback scheme have made it challenging for Novartis to determine what legal advice may be at issue, let alone whether it should

waive privilege over such advice. Relator did not respond to our request for clarification but rather submitted his letter seeking relief from the Court.

                                            Respectfully,

                                            Rachel G. Skaistis

The Honorable James C. Francis
   United States Magistrate Judge
      Daniel Patrick Moynihan United States Courthouse
         500 Pearl Street
            New York, NY 10007-1312

VIA ECF

Copies to:

All Counsel of Record

VIA ECF AND EMAIL