

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, Third Floor*
*New York, New York 10007*

August 7, 2015

**BY ECF**
The Honorable Colleen McMahon
United States District Judge
500 Pearl Street, Room 1350
New York, NY 10007

Re:   *United States v. Novartis, et al.,* 11 Civ. 8196 (CM)

Dear Judge McMahon:

I write respectfully to request that I be removed from the docket of this case, as I am no longer assigned to this matter. I was informed by the Court Clerk's office that I needed Your Honor's approval for this request.

Thank you for your consideration.

Respectfully,

PREET BHARARA
United States Attorney

By: ___/s Ellen London_____
ELLEN M. LONDON
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel: (212) 637-2737
Fax: (212) 637-2702

MEMO ENDORSED

OK
*Colleen McM*
8/14/15

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/15