

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, Third Floor*
*New York, New York 10007*

August 24, 2015

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

Granted
/s/ Colleen McMahon
8/25/15

Re:  U.S. ex rel. *Kester v. Novartis Pharmaceuticals Corp.*, 11 Civ. 8196 (CM) (JCF)

Dear Judge McMahon:

This Office represents the United States (the "Government") in the above-referenced civil fraud action. We write respectfully on behalf of plaintiffs and defendant Novartis to seek brief extensions of two deadlines.

First, the parties respectfully request that the deadline for completing expert depositions be extended from September 8, 2015, to September 14, 2015. Second, the parties respectfully request that the due date for motions *in limine* and *Daubert* motions and supporting papers be extended from September 15, 2015, to September 21, 2015. These extensions will not affect (i) the date by which the motions *in limine* and *Daubert* motions will be fully submitted to the Court; (ii) the date of the final pre-trial conference; or (iii) the trial schedule.

We thank the Court for its consideration of these scheduling requests.

Respectfully,

PREET BHARARA
United States Attorney

By:  /s/ Li Yu
LI YU
REBECCA C. MARTIN
DAVID J. KENNEDY
PETER M. ARONOFF
JEFFREY K. POWELL
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Tel: (212) 637-2734/2714/2733/2697/2706

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/15
```

cc:  (By ECF)
     All Counsel of Record