**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,  )
ex rel. DAVID M. KESTER, *et al.*,  )
  )
    Plaintiffs,  )
  )   11 Civ. 8196 (CM)
  v.  )
  )
NOVARTIS PHARMACEUTICALS  )
CORPORATION, *et al.*,  )
  )
    Defendants.  )
_____ )

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/16

**[~~PROPOSED~~] ORDER**

Relator David M. Kester having filed a motion asking the Court to provide the Relator, Plaintiff United States and the State Plaintiffs with 30 additional days to resolve the Relator's claims for shares of the recoveries from Accredo Health Group and Novartis Pharmaceuticals Corp. in this action,

It is hereby **ORDERED** that:

The Parties shall have 30 days from the date of this Order to resolve these claims, and,

Relator shall promptly advise the Court of any material changes in the status of the settlement discussions.

Dated: 1/6/2016

_____
United States District Court Judge